Opinion issued December 19, 2002








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00768-CV

____________


IN THE INTEREST OF J. H., A Minor






On Appeal from the 313th District Court

Harris County, Texas

Trial Court Cause No. 2001-05233J






O P I N I O N

 Appellant's brief was due September 20, 2002. On October 15, 2002, this
Court ordered that unless appellant filed her brief within 30 days of the date of the
order, this Court would dismiss the appeal. Thirty days since the date of the order
have expired and appellant has not filed her brief.

 Accordingly, we dismiss the appeal. See Tex. R. App. P. 38.8(a)(1); 42.3(b).


PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.